UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-5605

ERIC WARE-MUSTAPHA, aka Eric Ware,

    Plaintiff-Appellant,

v.

OFFICER DIXON, et al.,

    Defendants-Appellees.

Before:  COLE, CLAY, and KETHLEDGE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is VACATED and REMANDED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk